

FILED

07/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0609

ARIANE WITTMAN and JEREMY TAYLEN,

Plaintiffs and Appellants,

v.

CITY OF BILLINGS,

Defendant and Appellee.

FILED

JUL 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Friday, September 10, 2021, at 9:30 a.m. at the Holiday Inn Missoula Downtown in Missoula, Montana, with an introduction to the argument beginning at 9:00 a.m.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellants and thirty (30 minutes for the Appellee.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Court will not entertain any motions to reschedule.

The Clerk is directed to provide a copy hereof to all counsel of record, to Dean Paul Kirgis, Alexander Blewett III School of Law, University of Montana, to John Mudd, Executive Director, State Bar of Montana, and to the Honorable Michael G. Moses, District Judge.

DATED this 28 day of July, 2021.

For the Court,

By _____
Chief Justice